### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FUSION ELITE ALL STARS and SPIRIT FACTOR LLC D/B/A FUEL ATHLETICS, Individually and on Behalf of All Others Similarly Situated<br><br>        Plaintiffs,<br>    v.<br><br>VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; and U.S. ALL STAR FEDERATION, INC.,<br><br>        Defendants. | **Civ. Action No. 2:20-cv-03390** |
| STARS AND STRIPES GYMNASTICS ACADEMY INC. D/B/A STARS AND STRIPES KIDS ACTIVITY CENTER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>    v.<br><br>VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; and U.S. ALL STAR FEDERATION, INC.,<br><br>        Defendants. | **Civ. Action No. 2:20-cv-03277** |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2020, upon consideration of the Defendants' Joint Motion to Transfer Cases To The Western District of Tennessee, as well as the memorandum of law submitted in support and the declarations of John Newby, Steven J. Kaiser, and Steve Peterson, it is hereby ORDERED that the Motion is GRANTED, these actions are hereby TRANSFERRED to the United States District Court for the Western District of Tennessee.

                                                  Hon. Chad F. Kenney
                                                  United States District Court Judge
                                                  Eastern District of Pennsylvania