**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that, on this date he caused to be served copies of the Defendants' Joint Motion to Transfer Cases To The Western District of Tennessee and Proposed Order, upon all counsel of record by electronically filing the same using the Court's CM/ECF system and sending copies via electronic mail.

Dated: July 31, 2020

                                        FAEGRE DRINKER BIDDLE & REATH LLP

                                        */s/ Antonio M. Pozos*
                                        Antonio M. Pozos
                                        One Logan Square, Suite 2000
                                        Philadelphia, PA 19103
                                        215.988.3327
                                        antonio.pozos@faegredrinker.com

                                        *Attorney for Defendants Varsity Brands, LLC;*
                                        *Varsity Spirit, LLC; and Varsity Spirit Fashion*
                                        *& Supplies, LLC*